AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: Mag No. 23-0338 WRP | Date and time warrant executed: March 14, 2023, 9:45 am | Copy of warrant and inventory left with: Cellular phone (N-11) |
| Inventory made in the presence of: SA Rory Fujimoto | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| Various cellular phone information. | | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  CC
Nov 3, 2023, 4:12 pm
Lucy H. Carrillo, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/3/2023

_Executing officer's signature_

Rory K. Fujimoto
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

District of Hawaii ▼

| | |
|---|---|
| In the Matter of the Search of ) <br> *(Briefly describe the property to be searched* <br> *or identify the person by name and address)* ) <br> Samsung Galaxy J7 Crown, Black cellular phone, IMEI ) <br> 356 823 0980 45 375; SM-S76VL FCC ID A3LSMJ737v, ) <br> currently located at 300 Ala Mona Boulevard, Honolulu ) <br> Hawaii 96813 | Case No.   Mag No. 23-0338 WRP |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Hawaii _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A which is attached hereto and incoporated by rerference as though set forth fully herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B which is attached hereto and incoporated by rerference as though set forth fully herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 29, 2023 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Wes Reber Porter _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   **March 15, 2023 at 2:52 p.m.**                                     *[signature]*

City and state:   Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

## ATTACHMENT A

## ITEM TO BE SEARCHED

The property to be searched is One Samsung Galaxy J7 Crown, Black cellular phone, IMEI 356 823 0980 45 375; SM-S76VL FCC ID A3LSMJ737v, (DEVICE). The DEVICE identified above is currently, secured by law enforcement at 300 Ala Mona Boulevard, Honolulu Hawaii 96850.



This warrant authorizes the forensic examination of the DEVICE for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED

1. All records on the DEVICE described in Attachment A that relate to violations of **Title 21 U.S.C. §§ 841, 843, 844, 846 and 848,** and involve Jack Marshall BRENHA, James Herbert CAPALDI, Aaron Lane JOHNSON, Susana Pamela VELAZQUEZ, or Abraham Valle OROZCO, from a precise date unknown, but by at least on or about March 21, 2019 and continuing to on or about July 24, 2019, both dates being approximate and inclusive, including:

   a. Information relating to shipment, postal, or parcel tracking;

   b. lists of customers and related identifying information;

   c. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   d. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

   e. any information recording Jack Marshall BRENHA, James Herbert CAPALDI, Aaron Lane JOHNSON, , Susana Pamela VELAZQUEZ, or Abraham Valle OROZCO, and other potential co-conspirator's, schedule, or travel from March 21, 2019 to the present;

   f. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the **DEVICE** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

2

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

## SEARCH PROCEDURE

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the DEA may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.